IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:22-CV-39-DSC

| | |
|---|---|
| PATTI JEAN FISH-DURET, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision herein and remanding the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's Motion for Remand.

Pursuant to the authority of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: November 8, 2022

David S. Cayer
United States Magistrate Judge