IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:22-cv-00039-DSC

| PATTI JEAN FISH-DURET, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, (Doc. No. 15), and supporting exhibits. Plaintiff represents that Defendant has consented to this Motion. Defendant has not objected to the requested fees and the time for doing so has expired. Having reviewed the Motion, supporting exhibits, and the case file, the Court determines that Plaintiff should be awarded attorney's fees under EAJA in the amount of $3,749.30.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney Fees, (Doc. No. 15) is GRANTED. The Court will award attorney's fees in the amount of $3,749.30, and pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to her counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government

will exercise its discretion and honor an assignment of EAJA fees and pay them directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

SO ORDERED.

Signed: November 30, 2022

David S. Cayer
United States Magistrate Judge